1-96-1137

FRANCISCA HERNANDEZ, ) APPEAL FROM THE
 ) CIRCUIT COURT OF
 Plaintiff-Appellee, ) COOK COUNTY
 )
 v. )
 )
WOODBRIDGE NURSING HOME, ) HONORABLE
 ) KATHY M. FLANAGAN,
 Defendant-Appellant. ) JUDGE PRESIDING.

 JUSTICE McNAMARA delivered the opinion of the court:

 Defendant, Woodbridge Nursing Home, appeals from an order
denying its motion to strike a prayer for treble damages for
injuries plaintiff, Francisca Hernandez, allegedly sustained as a
resident of the nursing home. Plaintiff filed her complaint on
February 23, 1995, and seeks treble damages under section 3-602
of the Illinois Nursing Home Care Act (210 ILCS 45/3-602 (West
1994)), as it existed on that date. During the pendency of
plaintiff's action, the treble damages provision of section 3-602
was repealed by Public Act 89-197. Pub. Act 89-197, eff. July
21, 1995 (amending 210 ILCS 45/3-602 (West 1994)). The sole
issue on appeal is whether the amended section 3-602 shall apply
to causes of action accruing and actions filed prior to July 21,
1995. The trial court entered an order certifying the question
for interlocutory appeal to this court. 155 Ill. 2d R. 308. For
the reasons set forth below, we hold that the trial court
properly denied defendant's motion to strike plaintiff's claim
for treble damages.
 On February 23, 1995, plaintiff filed a one-count complaint
against Woodbridge. The complaint alleges that, in August 1993,
as a resident of the nursing home, plaintiff fell while
attempting to transfer herself from her wheelchair to a toilet
seat. The complaint also alleges that, in October 1993,
plaintiff fell again when a Woodbridge employee could not support
her during a transfer from a toilet seat to her wheelchair. The
complaint alleges that defendant acted negligently in providing
inadequate surveillance and supervision; in failing to evaluate
plaintiff's risk of falling; in allowing plaintiff to fall in
August and October 1993; and in not providing adequate medical
care after her falls.
 At the time the alleged negligence occurred in 1993, and
when plaintiff filed her complaint on February 23, 1995, section
3-602 of the Illinois Nursing Home Care Act (210 ILCS 45/3-602
(West 1994)) provided:
 "